

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**

LAURIE MARIE LASKEY

**DEFENDANTS**

VERIZON WIRELESS TELECOM, INC. (erroneously sued as Verizon Wireless Power Partners Inc.")

**(b)** County of Residence of First Listed Plaintiff SONOMA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

08-3032 EDL

Clement L. Glynn (No. 57117); Adam Friedenberg (No. 205778)
Glynn & Finley, LLP Tel: (925) 210-2800
One Walnut Creek Center, 100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

**Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus – Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. § 1441
Brief description of cause:
Plaintiff alleges unspecified identity theft.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**
CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)** ☒ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

DATE 6/20/08 SIGNATURE OF ATTORNEY OF RECORD

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant
Verizon Wireless Telecom, Inc.
(successor by merger to and erroneously sued as "Verizon Wireless Power Partners Inc.")

FILED
08 JUN 20 AM 11:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDL

LAURIE MARIE LASKEY,

Plaintiff,

vs.

VERIZON WIRELESS POWER PARTNERS, INC., and DOES 1 to 1000,

Defendants.

Case No. CV 08 3032

**NOTICE OF REMOVAL OF ACTION**

TO PLAINTIFF LAURIE MARIE LASKEY AND TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. section 1441, Verizon Wireless Telecom, Inc. (successor by merger to and erroneously sued as "Verizon Wireless Power Partners Inc." and referred to herein as "Verizon Wireless") hereby removes to this Court the state court action described below.

1. On or about April 30, 2008, Plaintiff filed an action in the Superior Court of the State of California in and for the County of Sonoma, entitled "Laurie Marie Laskey vs. Verizon Wireless Power Partners, Inc.," Case Number SCV 242779. Copies of the Summons and Complaint are attached hereto as **Exhibit A.**

2. Verizon Wireless first received copies of the Summons and Complaint on May 23, 2008, when copies of these documents were served on Corporation Service Company, Verizon Wireless's registered agent for service of process in California. Accordingly, this Notice of Removal is filed timely. *See* 28 U.S.C. § 1446(b) (defendant may file notice of removal within 30 days after receipt of initial pleading).

3. Verizon Wireless is informed and believes that Plaintiff Laurie Marie Laskey is a citizen of the State of California.

4. Verizon Wireless is a corporation incorporated in the State of Delaware with its principal place of business in the State of New Jersey.

5. Plaintiff alleges she has suffered lost wages and loss of earning capacity, loss of use of property, hospital and medical expenses, general damages, property damage and unspecified other damages resulting from an alleged "[l]ower credit score, expense of discovery, case related expenses, emotional distress, attorneys fees, discrimination, etc." (Compl. ¶¶ 11.) She seeks compensatory and punitive damages in an amount equal to the total net worth of Verizon Wireless plus "[w]hat the company and or companies [sic] insurance allows." (*Id.* at ¶ 14 and attachment thereto.) Accordingly, the amount allegedly in controversy is more than $75,000.

6. As this is a civil action between citizens of different states and the amount in controversy exceeds $75,000, this Court has original jurisdiction over this action under 28 U.S.C. § 1332. Consequently, Verizon Wireless may remove this action to this Court pursuant to the provisions of 28 U.S.C. § 1441.

7. Pursuant to Civil Local Rule 3-2, this action shall be assigned to the San Francisco Division or to the Oakland Division because it is a civil action which arose in Sonoma County.

///

///

///

///

8. This Notice of Removal is signed by counsel for Verizon Wireless pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Dated: June 20, 2008

GLYNN & FINLEY, LLP
ANDREW T MORTL
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By [signature]
Attorneys for Defendant
Verizon Wireless Telecom, Inc.
(successor by merger to and erroneously sued as "Verizon Wireless Power Partners Inc.")

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED FILED

APR 30 2008

SUPERIOR COURT OF CALIFORNIA COUNTY OF SONOMA

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
Verizon Wireless Power Partners Inc.

Does 1-1000

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
Laurie Marie Laskey

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of Sonoma County
600 Administration Drive Rm 107J
Santa Rosa CA 95403

CASE NUMBER:
*(Número del Caso):* 242479

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Laurie Marie Laskey
120 Briar Hollow Drive, Jacksonville NC 28540 910-548-3345

DATE: *(Fecha)* APR 30 2008 DENISE L. GORDON Clerk, by *(Secretario)* Karina P. Rover, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☑ on behalf of *(specify)*: Verizon Wireless Power Partners Inc.

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. www.USCourtForms.com

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Laurie Marie Laskey, 120 Briar Hollow Dr, Jacksonville NC 28540<br>TELEPHONE NO: 910-548-3345 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY<br>ENDORSED FILED<br>APR 30 2008<br>SUPERIOR COURT OF CALIFORNIA COUNTY OF SONOMA |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma<br>STREET ADDRESS: 600 Administration Dr<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Rosa CA 95403<br>BRANCH NAME: civil | |
| PLAINTIFF: Laurie Marie Laskey<br>DEFENDANT: Verizon Wireless Power Partners Inc.<br>☑ DOES 1 TO 1000 | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>☐ **AMENDED (Number):**<br>**Type (check all that apply):**<br>☐ **MOTOR VEHICLE** ☑ **OTHER (specify):** Identity Theft<br>☐ **Property Damage** ☐ **Wrongful Death**<br>☑ **Personal Injury** ☐ **Other Damages (specify):** | |
| **Jurisdiction (check all that apply):**<br>☐ **ACTION IS A LIMITED CIVIL CASE**<br>**Amount demanded** ☐ **does not exceed $10,000**<br>☐ **exceeds $10,000, but does not exceed $25,000**<br>☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>☐ **ACTION IS RECLASSIFIED by this amended complaint**<br>☐ **from limited to unlimited**<br>☐ **from unlimited to limited** | CASE NUMBER:<br>SCV-242779 |

1. **Plaintiff** *(name or names):* Laurie Marie Laskey
   alleges causes of action against **defendant** *(name or names):*
   Verizon Wireless Power Partners Inc
2. This pleading, including attachments and exhibits, consists of the following number of pages: 8
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: Laurie Marie Laskey v Verizon Wireless Power Partners Inc | CASE NUMBER: |
|---|---|

4. [ ] Plaintiff *(name)*:
is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [✓] **except** defendant *(name)*: Verizon Wireless
(1) [ ] a business organization, form unknown
(2) [✓] a corporation
(3) [ ] an unincorporated entity *(describe)*:
(4) [ ] a public entity *(describe)*:
(5) [ ] other *(specify)*:

b. [ ] **except** defendant *(name)*:
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:
(4) [ ] a public entity *(describe)*:
(5) [ ] other *(specify)*:

c. [ ] **except** defendant *(name)*:
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:
(4) [ ] a public entity *(describe)*:
(5) [ ] other *(specify)*:

d. [ ] **except** defendant *(name)*:
(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:
(4) [ ] a public entity *(describe)*:
(5) [ ] other *(specify)*:

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. [✓] Doe defendants *(specify Doe numbers)*: 1 to 1000 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. [✓] Doe defendants *(specify Doe numbers)*: 1 to 1000 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because

a. [ ] at least one defendant now resides in its jurisdictional area.
b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. [✓] injury to person or damage to personal property occurred in its jurisdictional area.
d. [✓] other *(specify)*:
Court of Appeals sent me to the lower court

9. [✓] Plaintiff is required to comply with a claims statute, and

a. [ ] has complied with applicable claims statutes, or
b. [✓] is excused from complying because *(specify)*:
Computer crimes that involves the theft of my identity based on product liability and premise liability and negligence. I just figured it out and have not been able to find anyone to help me. They are all afraid.

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Laurie Marie Laskey v Verizon Wireless Power Partners Inc | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [ ] Motor Vehicle
   b. [✓] General Negligence
   c. [✓] Intentional Tort
   d. [✓] Products Liability
   e. [✓] Premises Liability
   f. [✓] Other *(specify)*:

   Computer crimes, Identity Theft, FCC Violations, Code Violations, Technical Violations, Split Tunneling, Security Breach, Invasion of privacy, stalking, etc.
   Breach of Contract, unauthorize use of my phone line.

11. Plaintiff has suffered
   a. [✓] wage loss
   b. [✓] loss of use of property
   c. [✓] hospital and medical expenses
   d. [✓] general damage
   e. [✓] property damage
   f. [✓] loss of earning capacity
   g. [✓] other damage *(specify)*:

   Lower credit score, expense of discovery, case related expenses, emotional distress, attorneys fees, discrimination, etc.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [✓] compensatory damages
   (2) [✓] punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
   (1) [ ] according to proof
   (2) [✓] in the amount of: $ A + B = C (C x D) see attached

15. [✓] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
   I've been attached to a Virtual Private Network without my knowledge and hacked into.
   Information was not routed as outlined in RFC1918.
   Verizon wireless was attached to my phone line.

Date: 4-28-2008

Laurie Marie Laskey
(TYPE OR PRINT NAME)

Laurie Marie Laskey
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Form PLD-PI-001

Item #14

Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for:

a. (2) of (2) __w____ in the amount of: $ A + B = C (C x D) = Judgement

A = Net worth of the company and or companies involved.

B = What the company and or companies insurance allows.

A + B = C

D = The number of years it has been happening to me and or effected my life.

C x D = Judgement

Or as the courts deem fit, they are a going concern and I am disabled because of it.

PLD-PI-001(2)

| SHORT TITLE: Laurie Marie Laskey v Verizon Wireless Power Partners Inc | CASE NUMBER: |
|---|---|

1 (number) **CAUSE OF ACTION—General Negligence** Page ____

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Laurie Marie Laskey

alleges that defendant *(name)*: Verizon Wireless Power Partners Inc.

[✓] Does 1 to 1000

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*:

at *(place)*: 7882 Shira Street Windsor CA 95492

*(description of reasons for liability)*:

My phone line was attached to your system. Your system is faulty.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: Laurie Marie Laskey v Verizon Wireless Power Partners Inc | CASE NUMBER |
|---|---|

1 (number) **CAUSE OF ACTION—Intentional Tort** **Page** ______

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Laurie Marie Laskey

alleges that defendant *(name)*: Verizon Wireless Power Partners Inc

[✓] Does 1 to 1000

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*:
at *(place)* 7882 Shira Street, Windsor CA 95492

*(description of reasons for liability)*:

Verizon Wireless maintains a faulty system which I was connected to without my knowledge.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(4)

| SHORT TITLE: Laurie Marie Laskey v Verizon Wireless Power Partners Inc | CASE NUMBER: |
|---|---|

1 (number) **CAUSE OF ACTION—Premises Liability** Page ______

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Laurie Marie Laskey

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

Verizon Wireless Power Partners Inc. equipment, services, server and or satellite. I was connected to a faulty systems and it created a fault. I do not know where their equipment is located.

Prem.L-2. [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

Verizon Wireless Power Partners Inc.

[✓] Does 1 to 1000

Prem.L-3. [✓] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

Verizon Wireless Power Partners Inc

[✓] Does 1 to 1000

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [✓] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

Verizon Wireless Power Partners Inc

[✓] Does 1 to 1000

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [✓] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[ ] Does ______ to ______

b. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [✓] as follows *(names):*

Verizon Wireless Power Partners Inc created a premise liability issue which caused the theft of my identity on line and mass tort.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

CAUSE OF ACTION—Premises Liability

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(5)

| SHORT TITLE: Laurie Marie Laskey v Verizon Wireless Power Partners Inc | CASE NUMBER: |
|---|---|

1 (number) **CAUSE OF ACTION—Products Liability** Page 1

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: Laurie Marie Laskey

Prod. L-1. On or about *(date)*: plaintiff was injured by the following product:

equipment, wiring, servers, routers, filters, computers, software, satellite, etc

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being

- [✓] used in the manner intended by the defendants.
- [ ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a

- [ ] purchaser of the product.
- [ ] user of the product.
- [✓] bystander to the use of the product.
- [ ] other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4. [✓] **Count One—Strict liability** of the following defendants who

a. [✓] manufactured or assembled the product *(names)*:

Verizon Wireless Power Partners Inc

[✓] Does 1 to 1000

b. [✓] designed and manufactured component parts supplied to the manufacturer *(names)*:

Verizon Wireless Power Partners Inc

[✓] Does 1 to 1000

c. [✓] sold the product to the public *(names)*:

Verizon Wireless Power Partners Inc

[✓] Does 1 to 1000

Prod. L-5. [ ] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names)*:

[ ] Does ______ to ______

Prod. L-6. [ ] **Count Three—Breach of warranty** by the following defendants *(names)*:

[ ] Does ______ to ______

a. [ ] who breached an implied warranty

b. [ ] who breached an express warranty which was

[ ] written [ ] oral

Prod. L-7. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are

[ ] listed in Attachment-Prod. L-7 [✓] as follows:

The theft of my identity online, premise liability, unauthorized use of my phone line.