1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendant
6  Verizon Wireless Telecom, Inc.
   (successor by merger to and erroneously
7  sued as "Verizon Wireless Power Partners Inc.")

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  LAURIE MARIE LASKEY,                )   Case No. CV 08-3032 EDL
                                         )
13                  Plaintiff,           )   **PROOF OF SERVICE**
                                         )
14       vs.                             )
                                         )
15  VERIZON WIRELESS POWER               )
    PARTNERS, INC., and DOES 1 to 1000,  )
16                                       )
                    Defendants.          )
17                                       )
                                         )
18  _____ )

19

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE

Docket No. CV 08-3032 EDL
<u>PROOF OF SERVICE BY OVERNIGHT MAIL</u>

I, Beverly Carter, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA  94596.

3. On June 20, 2008 I served a true and correct copy of the attached document entitled exactly:

    a. **NOTICE OF REMOVAL OF ACTION**

    b. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

    c. **STANDING ORDER RE CASE MANAGEMENT CONFERENCE**

    d. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

    e. **DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**

    f. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

    g. **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [blank form]**

    h. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE [blank form]**

    i. **STANDING ORDER [Judge Laporte]**

    j. **ECF REGISTRATION INFORMATION HANDOUT**

    k. **WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO HANDOUT**

by Federal Express overnight delivery.  A true copy thereof was enclosed in a sealed envelope addressed as follows:

/ / /

1  
2  
3  

                            **Laurie Marie Laskey**  
                                **In Pro Per**  
                      **120 Briar Hollow Drive**  
                         **Jacksonville, NC 28540**  
                    **Telephone: (910) 548-3345**

4  I caused said envelope to hand-delivered by Federal Express, with guaranteed delivery before

5  noon on the following business day.

6         Executed this <u>20th</u> day of <u>June, 2008</u> at Walnut Creek, California.

7  

8                                                                  */s/ Beverly Carter*  
                                                                Beverly Carter

9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

PROOF OF SERVICE