UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURIE MARIE LASKEY

        Plaintiff(s),

   v.

VERIZON WIRELESS POWER PARTNERS, INC., and DOES 1 to 1000,

        Defendant(s).

No. C 08-3032 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 27, 2008

Signature _____

Counsel for Defendant Verizon Wireless
(Plaintiff, Defendant, or indicate "pro se")