UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURIE MARIE LASKEY,

        Plaintiff,

v.

VERIZON WIRELESS POWER PARTNERS INC.,

        Defendant.

No. C-08-03032 EDL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

      (2)   One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The CASE MANAGEMENT CONFERENCE previously scheduled for September 23, 2008, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: June 27, 2008

Richard W. Wieking, Clerk
United States District Court

By: Lili M. Harrell
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


LAURIE MARIE LASKEY,

        Plaintiff,

  v.

VERIZON WIRELESS POWER PARTNERS
INC. et al,

        Defendant.
                                       /

Case Number: CV08-03032 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laurie Marie Laskey
120 Briar Hollow Drive
Jacksonville, NC 28540

Dated: June 27, 2008

                                  Richard W. Wieking, Clerk

                                  *Lili M. Harrell*

                                By: Lili M. Harrell, Deputy Clerk