1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendant
6  Verizon Wireless Telecom, Inc.
   (successor by merger to and erroneously
7  sued as "Verizon Wireless Power Partners Inc.")

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  LAURIE MARIE LASKEY,              )   Case No. CV 08-3032 EDL
                                      )
13              Plaintiff,            )   **PROOF OF SERVICE**
                                      )
14      vs.                           )
                                      )
15  VERIZON WIRELESS POWER            )
    PARTNERS, INC., and DOES 1 to 1000,)
16                                    )
                Defendants.           )
17                                    )
                                      )
18

19

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE

Docket No. C08-3032-SBA

**PROOF OF SERVICE BY MAIL**

I, Beverly Carter, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

3. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

4. Following said practice, on July 11, 2008 I served a true and correct copy of the following document entitled exactly:

**[PROPOSED] ORDER GRANTING DEFENDANT VERIZON WIRELESS TELECOM, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

**Laurie Marie Lasky
In Pro Per
120 Briar Hollow Drive
Jacksonville, NC 28540
Telephone: (910) 548-3345**

Executed this 11th day of July, 2008 at Walnut Creek, California.

_____
Beverly Carter

- 1 -

PROOF OF SERVICE