1  Laurie Marie Laskey
   120 Briar Hollow Drive
2  Jacksonville NC 28540
   910-548-3345
3

4  Laurie Marie Laskey, IN PRO SE

5

6          In The United States District Court

7         For The Northern District Of California

8

9  Laurie Marie Laskey              ) Case No.: CV-08-03032 SBA
                                    )
10          Plaintiff,              ) Response to Defendants Motion
                                    ) to Dismiss
11      vs.                         )
                                    ) Hon. Saundra B. Armstrong Court
12                                  ) Room 3 on the 3rd floor;
   Verizon Wireless Power Partners  )
13                                  ) [✔ ]Original
   Inc.                             )
14                                     [   ]Copy
15      Defendant                      [   ]Chambers Copy

16  ─────────────────────────────

17          Response to Defendants Motion to Dismiss

18  The Plaintiff is not in agreement with the defendant in regards to

19  their reasons for the motion to dismiss. Plaintiff has filed a

20  responsible complaint.

21  1. Defendant is in **breach of contract**. Counsel for the Defendant

22     confirms Defendants legal name does not match the "who is

23     listing" which is required by IANA (Internet Assigned Numbers

24     Authority) for legal purposes Defendants name must match. The

25     "who is" listing indicates Defendants name is Verizon.com with

26
27     the Registrant name of Verizon Trademark Services LLC **see**

28

FILED
JUL 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1    **exhibit A**. I didn't note a dba listing or any reference to

2    Verizon wireless Telecom Inc.?

3  2. Counsel for the Defendant indicates by merger Defendants

4    correct company name **is** Verizon Wireless Telecom Inc. yet the

5    California business portal **see** **exhibit B** indicates Verizon

6    Wireless Power Partners Inc. is still active? I find this to

7    be an **unfair business practice** for the purpose of service of

8    process.

9  

10 3. Defendant was attached to and or piggy backed onto my phone

11   line. **Phone Fraud and or Identity Theft.**

12 4. Defendant shared my phone line (without my knowledge). I was

13   hacked into and used by the hackers for hacking via split

14   tunneling **see** **exhibit C**. See Laskey v Microsoft.

15 5. Defendant maintained faulty servers which is what the hackers

16   utilized to get around the system and hack. This would not

17   have happened to me if the Defendant was not **negligent**. The

18   faulty servers were maintained improperly which is **Intentional**

19   **Tort**. Defendant must have a Network Administrator per RFC1173

20   and that employee and or employees should have maintained a

21   proper system. This doesn't seem to be the case, Defendants

22   DNS Report (Domain Name Server) reflects failures, errors,

23   warnings, no version info available (refused), not in

24   compliance with RFC'S, not in compliance with RFC1912, and

25   Defendant also uses a "CNAME of Verizon.com.edgesuite.net?

1   Possibly Verizon has also merged with edgesuite.net? **see**

2   **exhibit D** Defendants current TV commercial indicates that

3   Defendant checks their network every day? Would that be **false**

4   **advertising**?

5

6   6. Plaintiff received notice to contact a settlement

7   administrator **see exhibit E** at the time I didn't call because

8   I had canceled my cell phone service with Defendant. I didn't

9   know that Defendant had attached itself to me via my phone

10  line. I have since called the number listed on the mailing

11  only to discover that the law firm of Reed Smith is being

12  utilized. Reed Smith is representing America Online and United

13

14  Online in the related cases in regards to this matter. I'm not

15  sure how all of that applies to me since I didn't know I was

16  attached to Defendant.

17  7. The publication from The United States District Court for the Northern District of California

18  "Handbook for Litigants without a Lawyer". Revised April 2006.

19  Within this **publication** the following is noted on;

20                              **PAGE 1**

21

22  **Only** individuals may participate in a lawsuit without a lawyer. I was

23  impacted with document production which forced me to close my small

24  business. I also lost my job because of this and became disabled.

25  **Gathering** information; sometimes things that appear to have been done on

26  purpose were done unintentionally. Defendant's servers were not maintained

27  properly and provided an environment for hackers. Defendant must employ

28  network administrators per RFC1173 and internet technicians which are

1  qualified to maintain defendants system. Therefore there is no reason for

2  the servers to be faulty.

3  **Working** things out; consider talking directly to the people. I did this

4  with some of the other Defendants and that didn't work. As noted in

5  RFC1173 sometimes you have to take them to court. Meet and confer is also

6  talking directly to "the people" via counsel. During my deposition with

7  Mintz Levin "Laskey v RCN liability was established because of the faulty

8  servers. **I assure you I am not here for anyone's entertainment. This is a**

9  **very serious matter.**

10 **Going** to Governmental or Private Agencies; I filed a complaint with the

11 PUC. Nothing was done? No one lent me assistance.

12                                    **Page 2**

13 **If** your rights under the law have been violated, you are entitled to seek

14 relief from the court; Mass Tort is just that, all of my rights have been

15 violated. **Mass Tort** that's what Identity Theft is therefore I can go to a

16 law library and pick and chose from thousands of cases. **Procedural** rules;

17 this seems to be an issue. There is **another set of rules** that I didn't see

18 published in this booklet: He told me "put it together and present it to

19 me". I was not given a time line nor was I given any rules. RFC1918 does

20 not discuss security measures. All that was indicated to me was to "keep a

21 journal" "don't give out your social security number" and "confirm all of

22 your phone conversations". These procedures are not listed anywhere in

23 this booklet? RFC1918 item #6 exists to protect me. I am part of an

24 ongoing and or open investigation.

25                                    **Page 3**

**The** court strongly urges everyone who needs to participate in a lawsuit to obtain a lawyer, **if possible.**

I gave Harry Sewal the authority to act on my behalf. To further demonstrate this I will put that in writing. I Laurie Marie Laskey give Harry Sewal and or the law enforcement agency and or law enforcement agencies the authority to act on my behalf in regards to this matter. Is this the reason why I have been unable to obtain a lawyer? I am doing the best that I can based on my circumstances and these are my circumstances because I didn't know. I assure you I did not know and I am further indicating that in this statement. In addition to people being fired because of me, people being sent to prison, company's assets being frozen and or seized I was wondering if any of the lawyers will be disbarred. That's how serious this is. **Not** knowing this law is no excuse; you will need to do research at a law library yourself. The Judge knows the law.

**Page 4**

**If** you are representing yourself, you are responsible for understanding and presenting not just your own point of view about your case, but also understanding the law, the rules of procedure, and the strengths and weaknesses of the other party's case. I couldn't file a complaint until I understood how to present my point of view. I understand the law has been broke and my rights have been violated. I am learning the rules of procedure because I am forced too. **Disabled but forced too.** I haven't had time to check the laws in regards to the disability act. The strengths and weaknesses of the other party's case, yes I understand about that now that I read IANA's contract agreement which indicates that the defendant is in breach of contract.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Page 18**

**What** information needs to be in a complaint? All of the information indicated was provided. I believe I listed Mass Tort because of Identity Theft.

**Page 19**

**If** you cannot find a form complaint that applies to your lawsuit, you **must** write your own complaint. The forms that were provided covered all of the issues the evidence further demonstrates my lawsuit.

**Page 20 and 21**

**It** makes it easier for the court and the defendants to understand your complaint if you explain the specific laws that you think were violated. **It is not required,** however, and if you believe the defendant violated the law, but are not sure which law was violated, you still may file a complaint. **I did that.**

**Rule 11(b)** You are not filing the complaint for any improper purpose. **The legal arguments you make in the complaint are justified by existing law, or by a good faith argument for extending or changing the existing law** and **YOU HAVE EVIDENCE TO SUPPORT THE FACTS** stated in your complaint, or **you are likely to have that evidence after a reasonable opportunity for further investigation and discovery.** See **Laskey v Microsoft** disclosures by defendant confirmed that the printer browser is being used for hacking, **product liability.** I didn't know ICW5 meant "Internet Connection Wizard version 5" let alone that it was Microsoft's product until further investigation and discovery took place. Rule of discovery, the statute of limitations starts all over again from date of discovery, all of my cases are related. See **Laskey v Vision Infosoft**, Vision Infosoft utilizes

Adobe's format (pdf) and or software. The evidence indicates that the .dll

files installed on Plaintiffs computer by Vision Infosoft as noted in

**RFC1173** create security holes which are utilized by hackers this is also

the case with Laskey v Cabela's. Identity Theft doesn't happen by magic it

happens by product liability, intentional tort, negligence, mass tort,

Breach of Contract, etc. I was attached to Defendant via my phone line and

they maintained and operated a faulty network and or servers.

### Page 21

Jurisdiction; I listed the fact that my information was routed over

servers that were located out of state therefore my case is a Federal

Case. I believe that Identity Theft is a Federal crime. I don't understand

why I'm in the Oakland court jurisdiction? I thought it was San Francisco

since that's where RCN and Microsoft are? It happened in Sonoma County

therefore as noted on **page 22 "a substantial portion of the events that**

**gave rise to the lawsuit occurred in or where a substantial part of the**

**property that is the subject of the lawsuit is located"** *which was Sonoma*

*County.* I pray to the courts for relief.

### Page 23

**How** much information should I include in the complaint? It appears that

you must include more detail about any claim that the defendant engaged in

**fraud.** The words *false* or *misleading* are noted. I signed up for email and

internet. I pray to the courts for relief. **Demand for jury trail** is

explained. I would like to go forward with my life, when I talk about this

to people they are afraid and tell me "this is scary". I don't feel the

need to expose this to the public and further traumatize others.

**Defendant was the cause of my injury and created an environment and or my**

1  **DISIBILITY for the reason of time barred statue and or INTENTIONAL TORT.**

2  For public safety I have chosen a judgment by the Judge in a California

3  court of law. I pray to the courts for relief.

4  **Page 24**

5  **The** statute of limitations is different for every claim. The only way to

6  find out the statute of limitations for a particular claim is to do

7  research at a law library. I don't believe that there is another claim

8  like mine. Claims exist based on the rule of discovery. I am still

9  discovering. Claims exist that include existing parts of the law such as

10 discovery; computer based forensic evidence; DNA, finger prints;

11 signatures; **"no version info"**, forensic science; invasion of privacy,

12 hacking, stalking, obstruction of justice, fraud, product liability,

13 premises liability, negligence, breach of contract, discrimination,

14 employment, loss of use of property, mass tort, Identity Theft, phone

15 fraud, construction defect etc. Therefore I feel that my complaint was

16 filed and is justified by existing law and or laws, or by a good faith

17 argument for extending or changing the existing law. My complaint reflects

18 my injury "online identity theft" in addition to showing how it's being

19 done. Defendant is liable. Defendant's actions **inflicted injury** which

20 created an environment for investigation and discovery. I was connected to

21 a Virtual Private Network (VPN) without my knowledge. One of the

22 possibilities in regards to this might be that the Defendant was hired to

23 isolate? Because the hackers utilized split tunneling if this is the case

24 then Defendant is looking at obstruction of justice because of their

25 faulty servers. Item#6 in RFC1918 "security measures are not discussed

26 here. I am a security measure my complaint is not time barred.

1  **The motion to dismiss should not be granted.** I have filed a responsible

2  complaint. I am not here for anyone's entertainment. This is a serious

3  matter. When you build a building you follow a set of guide lines and or

4  plans and specifications. You are issued a contract which further outlines

5  your responsibilities. If a contractor completes a project and all of his

6  sub-contractors have complied with the plans, specifications and contract

7  agreement the building is turned over to the owner and opened to the

8  public. It passed inspection. If not then the building and or parts of the

9  building must be condemned for public safety. That's how I understand it.

10  In my case this has been like having to build a building from the roof

11  down without any guide lines. The RFC's are the guide lines. IANA's

12  contract agreement with Defendant pertains. Defendant is not allowed to be

13  involved in any type of scam, Defendant is involved and I was injured

14  because of it. I was given a phone number to dial, (AT&T service of some

15  sort), a recording comes on and tells you what phone numbers are attached

16  to your line. The recording indicated 707-838-7149 my phone number and

17  another number, when I dialed the other number a Verizon Wireless employee

18  answered the phone? The employee could not provide me with a reason for

19  this. Possibly Verizon Wireless can? I pray to the courts for justice.

20

21

22

23  DATED: July 23, 2008

24  _Laurie Marie Laskey_

25  Laurie Marie Laskey
   In Pro Se

26

27

28

1

2

                              PROOF OF SERVICE

3

4   Re:   Case Number CV-08-03032 **SBA**

5        Case Title: Laurie Marie Laskey v Verizon Wireless Power

6   Partners Inc.

7
    I hereby declare that I am a citizen of the United States, am over
8   18 years of age, and am/am not a party in the above-entitled
    action. I am employed in/reside in the County of: **Onslow** and my
9   residence address is 120 Briar Hollow Drive, Jacksonville NC 28540.

10

11  On  7-24        **2008,** I served the attached document(s)
    described as follows:

12

13  Response to Defendants Motion to Dismiss.

14

15  On the parties in the above named case. I did this by enclosing
    true copies of the document(s) in a sealed envelope with postage
16  fully prepaid thereon. I then placed the envelope in a U.S. Postal
    Service mailbox in **Jacksonville, NC.**

17
    Addressed as follows:
18

19  Glynn & Finley LLP

20  One Walnut Creek Center S#500

21  100 Pringle Ave

22  Walnut Creek CA 94596

23
        I declare under penalty of perjury that the foregoing is true
24  and correct, and that this declaration was executed on
    7-24       2008 at **Jacksonville, NC.**
25

26

27                              Gerald Gavin

28

# Exhibit A

XML Powered
## Whois Source

sponsored in part by



| Whois Source | Mark Alert | Internet Statistics | Domain News | Whois Directory | Webmaster Information | XML API Partners | Registry Partners | Newsletter | About us |

Reverse IP - Bulk Check - Preferences - Remote Search - Shopping Cart - Login

Name Spinner  Domain Explorer  At Auction  For Sale (new)

Search **Name Spinner:** verizon                [ Search ]

Search **Domain Explorer:** verizon             [ Search ]  · advanced · preferences

| Block: | ☐ numbers | **Adult Filter:** ◉ on  ○ off | |
|---|---|---|---|
| Hyphens: | ○ No | ○ Yes | ◉ Show both |
| Options: | ☐ Left Anchor | ☐ Right Anchor | ☐ Ordered |
| Search: | ○ Active only | ○ Deleted only | ◉ Both |
| Options: | Results: 100 | Domain Length: 25 | |

Search **At Auction:** verizon                 [ Search ]  · advanced · preferences

Search **For Sale:** (new) verizon             [ Search ]

**DomainSponsor.com**
Get paid to Park your domains,
Fastest Payout in the industry.
www.domainsponsor.com

**Spry VPS Hosting**
cPanel/Plesk | 100% Root | Pick OS
Unlimited Domains from $33.29/mo
www.spry.com

**Simply the best Whois**
Whois Source respects privacy.
We protect your email address.
www.whois.sc

Advertise on Whois Source

---

### VERIZON.COM

| | |
|---|---|
| **Website Title:** | Verizon.com |
| **Response Code:** | 206 |
| **SSL Cert:** | a248.e.akamai.net expires in 58 days renew now |
| **Alexa Trend/Rank:** | ⬇ 941 (1 Month)   803 (3 Month) |
| **DMOZ:** | 6 listings |
| **Y! Directory:** | 5 listings |
| **Website Status:** | Active |
| **Reverse IP:** | Web server hosts 268 websites (reverse ip tool requires free login) |
| **Server Type:** | Apache (Spry.com also uses Apache) |
| **IP Address:** | 209.249.114.36 (ARIN & RIPE IP search) |
| **IP Location:** | 🏴 - Arkansas - Hot Springs National Park - Akamai |
| **Blacklist Status:** | Clear |
| **Cached Whois:** | Cached today |
| **Whois History:** | 347 records stored Oldest: 2001-11-08 Newest: 2005-12-13 |
| **Record Type:** | Domain Name |
| **Monitor:** | Monitor or Backorder |

Image updated 2005-10-18

---

**Alexa Related Sites: 10**
att.com
sbc.com
adelphia.com
verizonwireless.com
bellsouth.com
sprint.com
globalcrossing.com
uswest.com
ntt.com
verizon.net

| **Wildcard search:** | 'verizon' in all domains. |
|---|---|
| **Other TLDs:** | .com .net .org .info .biz .us |
| | X    X    X    X    X    X |
| **Name Server:** | DNS2.VERIZON.COM |
| **ICANN Registrar:** | EMARKMONITOR INC. DBA MARKMONITOR |
| **Created:** | 2000-03-06 |
| **Expires:** | 2006-03-06 |
| **Status:** | REGISTRAR-LOCK |

---

Registrant:
    Verizon Trademark Services LLC
    (DOM-382082)
    1320 North Court House Road
    Arlington
    VA
    22201
    US

  Domain Name: verizon.com

    Registrar Name: Markmonitor.com
    Registrar Whois: whois.markmonitor.com
    Registrar Homepage: http://www.markmonitor.com

  Administrative Contact:
    Christian R. Andersen
    (NIC-14209143)
    Verizon
    600 Hidden Ridge Drive HQE03H14
    Irving
    TX
    75038
    US
    christian.andersen@verizon.com
    +1.9727187621
    Fax- -
  Technical Contact, Zone Contact:
    DNS Manager -(AQKUABCKBO)
    (NIC-14364434)
    Verizon
    919 Hidden Ridge
    Irving
    TX
    75038
    US
    sysmgr@verizon.com
    +1.9725074902
    Fax- +1.5094717731

Created on..............: 2000-Mar-06.
Expires on..............: 2006-Mar-06.
Record last updated on..: 2005-Jan-26 09:00:16.

Domain servers in listed order:

VZDNS01.VERIZON.COM
DNS2.VERIZON.COM
NS1-110.AKAM.NET
NS1-111.AKAM.NET
EUR1.AKAM.NET

USW2.AKAM.NET
EUR2.AKAM.NET
USC1.AKAM.NET
USE1.AKAM.NET
ASIA3.AKAM.NET



## Domains
### For Sale
**by Name Intelligence**

| Price | Domain | Price | Domain | Price | Domain |
|---|---|---|---|---|---|
| $10.00 | VerizonTone.net | $200.00 | VerizonRingTone.org | $300.00 | VerizonCellularPhones.com |
| $200.00 | VerizonHomes.com | $75.00 | WwwVerizonWireLes.com | $40.00 | VerizonDeal.com |
| $1,000.00 | CellPhoneVerizon.com | $20.00 | VerizonDslTv.com | $20.00 | VerizonBroadbandTv.com |
| $75.00 | WwwVerizonWireless.net | | | | |

SERVICE OF
**name**intelligence

Whois | About us | Reverse IP | Whois History | Mark Alert | XML Name Spinner | Holiday
Members | Silver Membership | Domain News | Web Hosting | Whois Privacy | Site Map

Simliar: eNom's Domain Name

Copyright © 1998-2005
All rights reserved.
Patents Pending.

# Exhibit B

# California Business Portal

**Secretary of State DEBRA BOWEN**

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES

**Business Search
Corporations**

**Printer Friendly Page**

**New Search**

**Search Tips**

**Field Definitions**

**Status Definitions**

**Name Availability**

**Corporate Records**

**Business Entities
Records Order Form**
  Certificates
  Copies
  Status Reports

**FAQS**

**Corporations Main Page**

**Site Search**

## Corporations

The information displayed here is current as of "JAN 11, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| VERIZON WIRELESS POWER PARTNERS INC. |

| Number:<br>C2749086 | Date Filed:<br>5/9/2005 | Status:<br>active |
|---|---|---|

| Jurisdiction: DELAWARE |
|---|

| Address |
|---|
| 180 WASHINGTON VALLEY RD. |
| BEDMINSTER, NJ 07921 |

| Agent for Service of Process |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| PO BOX 526036 |
| SACRAMENTO, CA 95852 |

Printer Friendly

## New Search

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**.

# Exhibit C

# Split tunneling

*Help us improve Wikipedia by **supporting it financially**.*

From Wikipedia, the free encyclopedia

**Split tunneling** is a computer networking concept which allows a VPN user to access a public network (e.g., the Internet) and a local LAN or WAN at the same time, using the same physical network connection. This connection service is usually facilitated through a program such as a VPN client software application.

For example, suppose a user utilizes a remote access VPN software client connecting to a corporate network using a hotel wireless network. The user with split tunneling enabled is able to connect to file servers, database servers, mail servers and other servers on the corporate network through the VPN connection. In contrast, when the user connects to Internet resources (Web sites, FTP sites, etc), the connection request doesn't go through the VPN link, it goes through the wireless connection and out the gateway provided by the hotel network.

## Advantages

An advantage of using split tunneling is that it alleviates bottlenecks and conserves bandwidth as Internet traffic does not have to pass through the VPN server.

## Disadvantages

A disadvantage of this method is that it essentially renders the VPN vulnerable to attack as it is accessible through the public, non-secure network. When split tunneling is enabled, users bypass gateway level security that might be in place within the company infrastructure. For example, if web or content filtering is in place, this is something usually controlled at a gateway level, not the client PC.

## References

- http://www.isaserver.org/tutorials/2004fixipsectunnel.html

Retrieved from "http://en.wikipedia.org/wiki/Split_tunneling"

Categories: Network architecture | Computer network security | Internet privacy

---

- This page was last modified 21:58, 22 May 2007.
- All text is available under the terms of the GNU Free Documentation License. (See Copyrights for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

# Exhibit D

# DNS Report for verizon.com

Generated by www.DNSreport.com at 21:29:34 GMT on 13 Dec 2005.

| Category | Status | Test Name | Information |
|---|---|---|---|
| Parent | PASS | Missing Direct Parent check | OK. Your direct parent zone exists, which is good. Some domains (usually third or fourth level domains, such as example.co.us) do not have a direct parent zone ('co.us' in this example), which is legal but can cause confusion. |
| | INFO | NS records at parent servers | Your NS records at the parent servers are: `asia3.akam.net.` `[63.241.73.214]` `[TTL=172800]` `[US]` `dns2.verizon.com.` `[198.23.5.148]` `[TTL=172800]` `[US]` `eur1.akam.net.` `[212.187.244.39]` `[TTL=172800]` `[UK]` `eur2.akam.net.` `[212.187.169.156]` `[TTL=172800]` `[UK]` `ns1-110.akam.net.` `[193.108.91.110]` `[TTL=172800]` `[EU]` `ns1-111.akam.net.` `[193.108.91.111]` `[TTL=172800]` `[EU]` `usc1.akam.net.` `[207.126.99.93]` `[TTL=172800]` `[US]` `use1.akam.net.` `[63.209.170.136]` `[TTL=172800]` `[US]` `usw2.akam.net.` `[63.240.144.103]` `[TTL=172800]` `[US]` `vzdns01.verizon.com.` `[192.76.85.133]` `[TTL=172800]` `[US]` [These were obtained from m.gtld-servers.net] |
| | PASS | Parent nameservers have your nameservers listed | OK. When someone uses DNS to look up your domain, the first step (if it doesn't already know about your domain) is to go to the parent servers. If you aren't listed there, you can't be found. But you are listed there. |
| | PASS | Glue at parent nameservers | OK. The parent servers have glue for your nameservers. That means they send out the IP address of your nameservers, as well as their host names. |
| | PASS | DNS servers have A | OK. All your DNS servers either have A records at the zone parent servers, or do |

| | | records | not need them (if the DNS servers are on other TLDs). A records are required for your hostnames to ensure that other DNS servers can reach your DNS servers. Note that there will be problems if your DNS servers do not have these same A records. |
|---|---|---|---|
| NS | **INFO** | NS records at your nameservers | Your NS records at your nameservers are:<br>`use1.akam.net.`<br>`usw2.akam.net.`<br>`eur1.akam.net.`<br>`eur2.akam.net.`<br>`usc1.akam.net.`<br>`ns1-110.akam.net.`<br>`ns1-111.akam.net.`<br>`asia3.akam.net.`<br>`vzdns01.verizon.com. [192.76.85.133]`<br>`[TTL=14400]`<br>`dns2.verizon.com. [198.23.5.148]`<br>`[TTL=14400]` |
| | ▉ | **Mismatched glue** | ERROR: Your nameservers report glue that is different from what the parent servers report. This will cause DNS servers to get confused; some may go to the IP provided by the parent servers, while others may get to the ones provided by your authoritative DNS servers. Problem record(s) are:<br>`asia3.akam.net.:`<br>`  Parent server (m.gtld-servers.net)`<br>`says A record is 63.241.73.214, but`<br>`  authoritative DNS server`<br>`(63.241.73.214) says it is 61.200.81.105`<br>`eur2.akam.net.:`<br>`  Parent server (m.gtld-servers.net)`<br>`says A record is 212.187.169.156, but`<br>`  authoritative DNS server`<br>`(63.241.73.214) says it is 195.219.3.170` |

`eur1.akam.net.:`
`  Parent server (m.gtld-servers.net)`
`says A record is 212.187.244.39, but`
`  authoritative DNS server`
`(63.241.73.214) says it is`
`212.187.169.156`

```
195.219.3.170
asia3.akam.net.:
    Parent server (m.gtld-servers.net)
says A record is 63.241.73.214, but
    authoritative DNS server
(212.187.244.39) says it is
61.200.81.105
eur1.akam.net.:
    Parent server (m.gtld-servers.net)
says A record is 212.187.244.39, but
    authoritative DNS server
(212.187.244.39) says it is
212.187.169.156
eur2.akam.net.:
    Parent server (m.gtld-servers.net)
says A record is 212.187.169.156, but
    authoritative DNS server
(212.187.169.156) says it is
195.219.3.170
asia3.akam.net.:
    Parent server (m.gtld-servers.net)
says A record is 63.241.73.214, but
    authoritative DNS server
(212.187.169.156) says it is
61.200.81.105
eur1.akam.net.:
    Parent server (m.gtld-servers.net)
says A record is 212.187.244.39, but
    authoritative DNS server
(212.187.169.156) says it is
212.187.169.156
eur2.akam.net.:
    Parent server (m.gtld-servers.net)
says A record is 212.187.169.156, but
    authoritative DNS server
(193.108.91.110) says it is
195.219.3.170
eur1.akam.net.:
    Parent server (m.gtld-servers.net)
says A record is 212.187.244.39, but
    authoritative DNS server
(193.108.91.110) says it is
212.187.169.156
asia3.akam.net.:
    Parent server (m.gtld-servers.net)
says A record is 63.241.73.214, but
    authoritative DNS server
(193.108.91.110) says it is
61.200.81.105
eur2.akam.net.:
    Parent server (m.gtld-servers.net)
says A record is 212.187.169.156, but
    authoritative DNS server
(193.108.91.111) says it is
195.219.3.170
eur1.akam.net.:
```

| | | |
|---|---|---|
| ▮ | | Parent server (m.gtld-servers.net) says A record is 212.187.244.39, but authoritative DNS server (193.108.91.111) says it is 212.187.169.156 asia3.akam.net.: Parent server (m.gtld-servers.net) says A record is 63.241.73.214, but authoritative DNS server (193.108.91.111) says it is 61.200.81.105 eur2.akam.net.: Parent server (m.gtld-servers.net) says A record is 212.187.169.156, but authoritative DNS server (207.126.99.93) says it is 195.219.3.170 asia3.akam.net.: Parent server (m.gtld-servers.net) says A record is 63.241.73.214, but authoritative DNS server (207.126.99.93) says it is 61.200.81.105 eur1.akam.net.: Parent server (m.gtld-servers.net) says A record is 212.187.244.39, but authoritative DNS server (207.126.99.93) says it is 212.187.169.156 eur2.akam.net.: Parent server (m.gtld-servers.net) says A record is 212.187.169.156, but authoritative DNS server (63.209.170.136) says it is 195.219.3.170 eur1.akam.net.: Parent server (m.gtld-servers.net) says A record is 212.187.244.39, but authoritative DNS server (63.209.170.136) says it is 212.187.169.156 asia3.akam.net.: Parent server (m.gtld-servers.net) says A record is 63.241.73.214, but authoritative DNS server (63.209.170.136) says it is 61.200.81.105 asia3.akam.net.: Parent server (m.gtld-servers.net) says A record is 63 |
| PASS | No NS A records at nameservers | OK. Your nameservers do include corresponding A records when asked for your NS records. This ensures that your DNS servers know the A records corresponding to all your NS records. |
| PASS | All nameservers | OK. The NS records at all your nameservers are identical. |

| | | |
|---|---|---|
| | report identical NS records | |
| **PASS** | All nameservers respond | OK. All of your nameservers listed at the parent nameservers responded. |
| **PASS** | Nameserver name validity | OK. All of the NS records that your nameservers report seem valid (no IPs or partial domain names). |
| **WARN** | Number of nameservers | WARNING: You have 10 nameservers. RFC1912 2.8 recommends that you have no more than 7 nameservers. |
| **PASS** | Lame nameservers | OK. All the nameservers listed at the parent servers answer authoritatively for your domain. |
| **PASS** | Missing (stealth) nameservers | OK. All 10 of your nameservers (as reported by your nameservers) are also listed at the parent servers. |
| **PASS** | Missing nameservers 2 | OK. All of the nameservers listed at the parent servers are also listed as NS records at your nameservers. |
| **PASS** | No CNAMEs for domain | OK. There are no CNAMEs for verizon.com. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
| **PASS** | No NSs with CNAMEs | OK. There are no CNAMEs for your NS records. RFC1912 2.4 and RFC2181 10.3 state that there should be no CNAMEs if an NS (or any other) record is present. |
| **PASS** | Nameservers on separate class C's | OK. You have nameservers on different Class C (technically, /24) IP ranges. You must have nameservers at geographically and topologically dispersed locations. RFC2182 3.1 goes into more detail about secondary nameserver location. |
| **PASS** | All NS IPs public | OK. All of your NS records appear to use public IPs. If there were any private IPs, they would not be reachable, causing DNS delays. |
| **INFO** | Nameservers versions | Your nameservers have the following versions: 63.241.73.214: No version info available (refused). 198.23.5.148: "8.2.2-P5" |

| | | | |
|---|---|---|---|
| | | | 212.187.244.39: No version info available (refused). 212.187.169.156: No version info available (refused). 193.108.91.110: No version info available (refused). 193.108.91.111: No version info available (refused). 207.126.99.93: No version info available (refused). 63.209.170.136: No version info available (refused). 63.240.144.103: No version info available (refused). 192.76.85.133: "Generic" |
| | **PASS** | Stealth NS record leakage | Your DNS servers do not leak any stealth NS records (if any) in non-NS requests. |
| SOA | **INFO** | SOA record | Your SOA record [TTL=86400] is:<br>`Primary nameserver: vzdns01.verizon.com.`<br>`Hostmaster E-mail address:`<br>`sysmgr.verizon.com.`<br>`Serial #: 324`<br>`Refresh: 10800`<br>`Retry: 3600`<br>`Expire: 604800`<br>`Default TTL: 86400` |
| | **PASS** | NS agreement on SOA serial # | OK. All your nameservers agree that your SOA serial number is 324. That means that all your nameservers are using the same data (unless you have different sets of data with the same serial number, which would be very bad)! Note that the DNS Report only checks the NS records listed at the parent servers (not any stealth servers). |
| | **PASS** | SOA MNAME Check | OK. Your SOA (Start of Authority) record states that your **master** (primary) name server is: **vzdns01.verizon.com.**. That server is listed at the parent servers, which is correct. |
| | **PASS** | SOA RNAME Check | OK. Your SOA (Start of Authority) record states that your DNS contact E-mail address is: **sysmgr@verizon.com.** (techie note: we have changed the initial '.' to an '@' for display purposes). |
| | **WARN** | SOA Serial Number | WARNING: Your SOA serial number is: **324**. That is OK, but the recommended format (per |

|  |  |  | RFC1912 2.2) is YYYYMMDDnn, where 'nn' is the revision. For example, if you are making the 3rd change on 02 May 2000, you would use 2000050203. This number **must** be incremented every time you make a DNS change. |
|---|---|---|---|
|  | **PASS** | SOA REFRESH value | OK. Your SOA REFRESH interval is : **10800 seconds**. This seems normal (about 3600-7200 seconds is good if not using DNS NOTIFY; RFC1912 2.2 recommends a value between 1200 to 43200 seconds (20 minutes to 12 hours)). This value determines how often secondary/slave nameservers check with the master for updates. |
|  | **PASS** | SOA RETRY value | OK. Your SOA RETRY interval is : **3600 seconds**. This seems normal (about 120-7200 seconds is good). The retry value is the amount of time your secondary/slave nameservers will wait to contact the master nameserver again if the last attempt failed. |
|  | **PASS** | SOA EXPIRE value | OK. Your SOA EXPIRE time: **604800 seconds**. This seems normal (about 1209600 to 2419200 seconds (2-4 weeks) is good). RFC1912 recommends 2-4 weeks. This is how long a secondary/slave nameserver will wait before considering its DNS data stale if it can't reach the primary nameserver. |
|  | **PASS** | SOA MINIMUM TTL value | OK. Your SOA MINIMUM TTL is: **86400 seconds**. This seems normal (about 3,600 to 86400 seconds or 1-24 hours is good). RFC2308 suggests a value of 1-3 hours. This value used to determine the default (technically, minimum) TTL (time-to-live) for DNS entries, but now is used for negative caching. |
| MX | **INFO** | MX Record | Your 3 MX records are:<br>10 irvmail.verizon.com. [TTL=14400]<br>IP=192.76.80.129 [TTL=86400] [US]<br>10 tpamail.verizon.com. [TTL=14400]<br>IP=192.76.82.131 [TTL=86400] [US]<br>10 ftwmail.verizon.com. [TTL=14400]<br>IP=192.76.86.129 [TTL=86400] [US] |
|  | **PASS** | Invalid characters | OK. All of your MX records appear to use valid hostnames, without any invalid characters. |
|  | **PASS** | All MX IPs public | OK. All of your MX records appear to use public IPs. If there were any private IPs, they would not |

| | | | |
|---|---|---|---|
| | | | be reachable, causing slight mail delays, extra resource usage, and possibly bounced mail. |
| | PASS | MX records are not CNAMEs | OK. Looking up your MX record did not just return a CNAME. If an MX record query returns a CNAME, extra processing is required, and some mail servers may not be able to handle it. |
| | PASS | MX A lookups have no CNAMEs | OK. There appear to be no CNAMEs returned for A records lookups from your MX records (CNAMEs are prohibited in MX records, according to RFC974, RFC1034 3.6.2, RFC1912 2.4, and RFC2181 10.3). |
| | PASS | MX is host name, not IP | OK. All of your MX records are host names (as opposed to IP addresses, which are not allowed in MX records). |
| | PASS | Multiple MX records | OK. You have multiple MX records. This means that if one is down or unreachable, the other(s) will be able to accept mail for you. |
| | PASS | Differing MX-A records | OK. I did not detect differing IPs for your MX records (this would happen if your DNS servers return different IPs than the DNS servers that are authoritative for the hostname in your MX records). |
| | PASS | Duplicate MX records | OK. You do not have any duplicate MX records (pointing to the same IP). Although technically valid, duplicate MX records can cause a lot of confusion, and waste resources. |
| | PASS | Reverse DNS entries for MX records | OK. The IPs of all of your mail server(s) have reverse DNS (PTR) entries. RFC1912 2.1 says you should have a reverse DNS for all your mail servers. It is strongly urged that you have them, as many mailservers will not accept mail from mailservers with no reverse DNS entry. Note that this information is *cached*, so if you changed it recently, it will not be reflected here (see the www.DNSstuff.com Reverse DNS Tool for the current data). The reverse DNS entries are: `129.80.76.192.in-addr.arpa` `irvmail.verizon.com. [TTL=14264]` `131.82.76.192.in-addr.arpa` `tpamail.verizon.com. [TTL=10800]` `129.86.76.192.in-addr.arpa` `ftwmail.verizon.com. [TTL=3600]` |
| Mail | ■ | **Connect** | ERROR: I could not complete a connection to any |

| | | to mail servers | of your mailservers!<br><br>irvmail.verizon.com: Timed out [Last data sent: [Did not connect]]<br>tpamail.verizon.com: Timed out [Last data sent: [Did not connect]]<br>ftwmail.verizon.com: Timed out [Last data sent: [Did not connect]]<br><br>If this is a timeout problem, note that the DNS report only waits about 30 seconds for responses, so your mail may work fine in this case but you will need to use testing tools specifically designed for such situations. |
|---|---|---|---|
| WWW | INFO | WWW Record | Your www.verizon.com A record is:<br>`www.verizon.com.    CNAME`<br>`www.verizon.com.edgesuite.net.`<br>`[TTL=300]` |
| | PASS | All WWW IPs public | OK. All of your WWW IPs appear to be public IPs. If there were any private IPs, they would not be reachable, causing problems reaching your web site. |
| | WARN | CNAME Lookup | WARNING. Your web site (www.verizon.com) has a CNAME record pointing to www.verizon.com.edgesuite.net.. That by itself is confusing, but acceptable. However, the CNAME record in this case causes an extra DNS lookup, which will slightly delay visitors to your website, and use extra bandwidth. |

Legend:

- Rows with a FAIL indicate a problem that in most cases really should be fixed.
- Rows with a WARN indicate a possible minor problem, which often is not worth pursuing.
- Note that all information is accessed in real-time (except where noted), so this is the freshest information about your domain.

# Exhibit E

Verizon Wireless Settlement Administrator
P.O. Box 9000 #6185
Merrick, New York 11566-9000

```
PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
VERIZON
WIRELESS
```

```
*************AUTO**3-DIGIT 954
LAURIE M LASKEY
7882 SHIRA ST
WINDSOR CA 95492-8729
```

Verizon Wireless Settlement Administrator
P.O. Box 9000 #6185
Merrick, New York 11566-9000

```
PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
VERIZON
WIRELESS
```

```
*************AUTO**3-DIGIT 954
LAURIE LASKEY
7882 SHIRA ST
WINDSOR CA 95492-8729
```

Laskey
120 Briar Hollow Dr
Jacksonville NC 28540





Office of the Clerk
U.S. District Court Northern D CA.
1301 Clay Street 3rd floor
Oakland CA. 94612

INSPECTED BY
JUL 28 2008
U.S. MARSHALS SERVICE

CV-08-3032 SBA

