GLYNN & FINLEY, LLP
ANDREW T. MORTL, Bar No. 177876
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant
Verizon Wireless Telecom, Inc.
(successor by merger to and erroneously
sued as "Verizon Wireless Power Partners Inc.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MARIE LASKEY,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON WIRELSS POWER PARTNERS, INC., and DOES 1 to 1000,<br><br>Defendants. | Case No. C 08-3032 SBA<br><br>**DEFENDANT VERIZON WIRELESS TELECOM, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF LAURIE MARIE LASKEY'S COMPLAINT**<br><br>Date:       September 9, 2008<br>Time:       1:00 p.m.<br>Courtroom: 3, 3rd Floor<br>Before:     Hon. Saundra B. Armstrong |

Defendant Verizon Wireless Telecom, Inc. (successor by merger to and erroneously sued herein as "Verizon Wireless Power Partners Inc." and referred to herein as "Verizon Wireless") showed in its motion to dismiss that Plaintiff's Complaint had failed to set forth sufficient facts to establish the prima facie elements of any of Plaintiff's purported claims for relief. Plaintiff's opposition (Docket No. 11) does not even attempt to point to such factual allegations. Instead, Plaintiff sets forth only a bizarre and rambling discourse on various procedural rules that are immaterial to the instant motion, and other, unrelated lawsuits Plaintiff has apparently commenced. (Id. at 3:12-16; 4:6-8; 6:2-7:7.) Dismissal is therefore required.

Likewise, the opposition, like the Complaint, fails to indicate any legitimate basis for an actionable claim, and it is thus clear that leave to amend would be futile and serve only to waste

1  further judicial resources. Indeed, Plaintiff's opposition does not even request leave to amend,
2  much less set forth the additional facts that such an amendment could provide. Accordingly,
3  Verizon Wireless submits the Court should grant its motion, and dismiss Plaintiff's Complaint
4  with prejudice.

5  Dated: August 26, 2008

GLYNN & FINLEY, LLP
ANDREW T. MORTL
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By _____
Attorneys for Defendant
Verizon Wireless Telecom, Inc.
(successor by merger to and erroneously
sued as "Verizon Wireless Power
Partners Inc.")

VERIZON WIRELESS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT

|   |   |
|---|---|
| 1 | Docket No. SCV 242779 |
| 2 | PROOF OF SERVICE BY OVERNIGHT MAIL |

I, Beverly Carter, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

3. On August 26, 2008 I served a true and correct copy of the attached document entitled exactly:

**DEFENDANT VERIZON WIRELESS TELECOM, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF LAURIE MARIE LASKEY'S COMPLAINT**

by Federal Express overnight delivery. A true copy thereof was enclosed in a sealed envelope addressed as follows:

**Laurie Marie Laskey**
**In Pro Per**
**120 Briar Hollow Drive**
**Jacksonville, NC 28540**
**Telephone: (910) 548-3345**

I caused said envelope to hand-delivered by Federal Express, with guaranteed delivery before noon on the following business day.

Executed this 26th day of August, 2008 at Walnut Creek, California.

*/s/ Beverly Carter*
Beverly Carter

- 1 -
PROOF OF SERVICE